# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARREOLA,<br><br>Defendant. | CASE NO.: 21CR0414-W<br><br>**ORDER TO CONTINUE STATUS HEARING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Status Hearing to Monday, July 12, 2021 at 9:00 a.m., and to exclude time under the Speedy Trial Act, is granted.

**SO ORDERED.**

DATED: 5/21/21

HONORABLE THOMAS J. WHELAN
United States District Court Judge